**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AGSCO CORPORATION,<br><br>       Plaintiffs,<br><br>v.<br><br>CHRISTIAN MONNE, and<br>CGM & DAUGHTERS CORPORATION<br>d/b/a MP PRODUCTS CORPORATION,<br><br>       Defendants. | Civil Action No. 21-12530 (SDW)(LDW)<br><br>**OPINION**<br><br>July 13, 2022 |

**THIS MATTER**, having come before the Court on Plaintiff AGSCO Corp.'s ("Plaintiff") Petition for Attorneys' Fees, and this Court having carefully reviewed the Petition; and

**WHEREAS** on June 14, 2022, this Court held a hearing on Plaintiff's Motion for Summary Judgment, and ordered that (1) summary judgment be entered in favor of Plaintiff against Defendant Christian Monne ("Defendant Monne") as to Count I for breach of contract, (2) judgment be entered in favor of Plaintiff and against Defendant Monne in the amount of $103,000, to be paid within 30 days of the Order, (3) AGSCO Corporation could file a petition for costs and fees, plus interest, within 10 days of the entry of the Order, and (4) Defendant Monne must make timely payment of the remaining $100,000 due under the Settlement Agreement. (D.E. 31.); and

**WHEREAS** the contract Defendant Monne breached included a section providing the following:

> Fees and Costs. In the event any Party breaches this Agreement, then the non-breaching Party shall be entitled to recover from the breaching Party its reasonable fees and costs, including attorneys' fees, incurred in seeking to enforce this Agreement and remedy any

>breach, in addition to any other damages and relief to which it may recover at law or in equity.

(D.E. 25-3 at 6, § 9.); and

**WHEREAS** on June 24, 2022, Plaintiff submitted a Petition for Attorneys' Fees, which detailed a listing of the fees and costs Plaintiff incurred in pursuing the breach-of-contract litigation; and

**WHEREAS** this Court has reviewed the fees and costs submitted by Plaintiff and finds them reasonable; and

**WHEREAS** Defendant Monne has not submitted any opposition to the fees; therefore

Plaintiff's Petition for Attorneys' Fees is **GRANTED** and Defendant Monne shall pay to AGSCO Corp. attorneys' fees and costs in the total amount of $16,989.96 (Sixteen Thousand, Nine Hundred and Eighty-nine Dollars and Ninety-six Cents) within 30 days of the date of this Opinion.  An appropriate order follows.

>　/s/ Susan D. Wigenton　
>**United States District Judge**

Orig:　Clerk
cc:　　Parties
　　　　Leda D. Wettre, U.S.M.J.

2